# NORMAND

VIA ECF

The Honorable Philip M. Halpern
United States District Court
Southern District of New York 500
Pearl Street, Room 1950
New York, NY 10007

> Application granted to file under seal (1) the unredacted reply brief docketed at Doc. 76; and (2) the unredacted exhibits annexed to Doc. 76.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 74.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> November 12, 2021

November 10, 2021

Re: *Buffington v. Progressive Advanced Ins. Co.*, Case No. 20-cv-07408

Dear Judge Halpern:

Pursuant to Rule 5(B) of the Court's Individual Rules of Practice, Plaintiff Steven Buffington respectfully requests leave to redact and file under seal Plaintiff's Reply in Support of Class Certification and accompanying exhibits. The Reply references and attaches information that Defendant Progressive Advanced Insurance Co. has designated as confidential. Plaintiff seeks leave to file the exhibits under seal, and to redact any reference to the exhibits in the Reply. The Reply also references deposition testimony marked as confidential and previously filed under seal. Plaintiff requests leave to redact the references to the confidential deposition testimony. Pursuant to Rule 5(B): a redacted copy of Plaintiff's Reply and exhibits will be publicly filed contemporaneously with this letter-motion, along with a copy of the unredacted reply with highlighted redactions under seal.

Counsel for Plaintiff conferred with Defendant's counsel, who agreed that the exhibits contain confidential information that should be filed under seal, and any references to the exhibits should be redacted from public view.

Respectfully submitted,

**Amy L. Judkins**
Attorney,
Normand PLLC.

CC: All Counsel of Record (via ECF)

2