# NORMAND

> Application granted to file under seal (1) the unredacted response letter docketed at Doc. 101; and (2) the unredacted exhibit annexed to Doc. 101.
>
> Defendant's request for a pre-motion conference on its contemplated motion for reconsideration at Doc. 96 is also granted. A pre-motion conference is scheduled for October 26, 2022 at 12:00 p.m. to be held in Courtroom 520.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 99.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       September 12, 2022

September [date]

**VIA ECF**

The Honorable Philip M. Halpern
United States District Court
Southern District of New York
500 Pearl Street, Room 1950
New York, NY 10007

      Re:    ***Buffington v. Progressive Advanced Ins. Co.*, Case No. 20-cv-07408**

Dear Judge Halpern:

    Pursuant to Rule 5(B) of the Court's Individual Rules of Practice, Plaintiff Steven Buffington respectfully requests leave to redact and file under seal Plaintiff's response to Defendant's letter motion seeking clarification of the class definition and exhibits to that response. The response references documents and information that Defendant Progressive Advanced Insurance Co. has designated as confidential. Plaintiff seeks leave to redact any reference to the confidential information in the response. Pursuant to Rule 5(B): a redacted copy of Plaintiff's response and exhibits will be publicly filed contemporaneously with this letter-motion, along with a copy of the unredacted reply with highlighted redactions under seal.

    Counsel for Plaintiff conferred with Defendant's counsel, who agreed that references to confidential information that should be redacted from public view.

                                        Respectfully submitted,

                                        *s/ Amy Judkins*
                                        **Amy L. Judkins**

                                                             Attorney,
                                                             Normand PLLC.

CC:    All Counsel of Record (via ECF)

4866-7003-9346, v. 1