UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
STEVEN BUFFINGTON, on behalf of himself :
and all others similarly situated, :
: 
                Plaintiff, :
: **ORDER**
v. :
: 20 CV 7408 (VB)
PROGRESSIVE ADVANCED INSURANCE :
CO., :
                Defendant. :
--------------------------------------------------------------x

       As discussed at an on-the-record conference on October 26, 2022, attended by counsel for all parties, it is HEREBY ORDERED:

       1.    For the reasons stated on the record, the Court DENIES defendant's motion to clarify the class definition. (Doc. #96).

       2.    Counsel shall discuss settlement in good faith. By December 16, 2022, counsel shall submit a joint letter regarding the status of their settlement discussions and indicating whether there is anything the Court can do to assist in that regard.

       3.    By November 4, 2022, the parties shall submit (i) their revised joint proposed notice plan for dissemination of notice to the class, which shall include the name of the class action administrator, and (ii) a proposed order directing notice to the class.

Dated: October 27, 2022
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge