UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

1-22-24

----------------------------------------------------------------x
STEVEN BUFFINGTON, on behalf of himself  :
and all others similarly situated,       :
         Plaintiff,                      :    **ORDER**
                                         :
v.                                       :    20 CV 7408 (VB)
                                         :
PROGRESSIVE ADVANCED INSURANCE           :
CO.,                                     :
         Defendant.                      :
----------------------------------------------------------------x

On January 19, 2024, the parties submitted a joint status report indicating they have reached an agreement as to all material terms for a class-wide settlement of this action.

Accordingly, it is HEREBY ORDERED:

1. By **March 7, 2024**, the parties shall file their proposed amended class action complaint.

2. By **March 21, 2024**, the parties shall move for preliminary class action settlement approval, including any related motions and supporting papers.

3. A date and time for a Final Approval Hearing shall be set following the Court's review of the parties' preliminary class action settlement approval submissions.

Dated: January 22, 2024
      White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge