UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN BUFFINGTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE ADVANCED INSURANCE COMPANY, PROGRESSIVE CASUALTY INSURANCE COMPANY, PROGRESSIVE SPECIALTY INSURANCE COMPANY, and PROGRESSIVE MAX INSURANCE COMPANY,<br><br>Defendants. | Case No. 7:20-cv-07408-VB |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF
<u>CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon: (1) the accompanying Memorandum of Law, and (2) the Declaration of Joseph N. Kravec, Jr., and the Exhibits attached thereto (including the Parties' Class Action Settlement Agreement), Plaintiff Steven Buffington ("Plaintiff"), through his undersigned attorneys, will move this Court, before the Honorable Vincent L. Briccetti, United States District Court Judge, Southern District of New York, at the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, New York, for an Order, pursuant to Federal Rule of Civil Procedure 23(e): (i) granting preliminary approval of the Class Action Settlement Agreement; (ii) provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) in connection with the settlement process; (iii) appointing Plaintiff as the Class Representative for the Settlement Class; (iv) appointing Edward A. Normand of Normand PLLC, Joseph N. Kravec, Jr. of Feinstein Doyle Payne & Kravec, LLC, and Antonio

Vozzolo of Vozzolo, LLC as Class Counsel for the Settlement Class; (v) establishing procedures for giving notice to members of the Settlement Class; (vi) approving forms of notice to Class Members; (vii) appointing Simpluris, Inc. as Settlement Administrator; (viii) mandating procedures and deadlines for class exclusion requests, objections, and claims submission; (ix) setting dates for the filing of Plaintiff's motion for attorneys' fees, expenses, and costs, and for final approval; (x) setting a date, time, and place for a final approval hearing; and (xi) granting such other, further, or different relief as the court deems just and proper.

* * *

A Proposed Preliminary Approval Order is submitted herewith.

Dated: March 21, 2024                    Respectfully submitted,

**FEINSTEIN DOYLE PAYNE
& KRAVEC, LLC**

By: /s/Joseph N. Kravec, Jr.

Joseph N. Kravec, Jr.
29 Broadway, 24th Floor
New York, NY 10006-3205
Telephone: (212) 952-0014
Email: jkravec@fdpklaw.com

 and

429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007

**NORMAND PLLC**
Edmund A. Normand (admitted *pro hac vice*)
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: (407) 603-6031
Facsimile: (888) 974-2175

Email: ed@ednormand.com

**VOZZOLO LLC**
Antonio Vozzolo
Andrea Clisura
345 Route 17 South
Upper Saddle River, NJ 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
Emails: avozzolo@vozzolo.com
aclisura@vozzolo.com

*Co-Class Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March 2024, a true and correct copy of the foregoing was electronically filed with the Court's CM/ECF system and was thus served automatically upon all counsel of record in this matter.

By: /s/Joseph N. Kravec, Jr.
Joseph N. Kravec Jr.

## SERVICE LIST

Michael Richard Nelson, Esq.
**Nelson Law, LLC**
200 Park Avenue
Suite 1700
New York, NY 10166
nelson@nelson.legal

Courtney E. S. Mendelsohn, Esq.
Karl A. Bekeny, Esq.
Ethan William Weber, Esq.
**Tucker Ellis LLP**
950 Main Avenue, Suite 1100
Cleveland, Ohio 44113-7213
216.592.5000
216.592.5009 (fax)
Courtney.Mendelsohn@TuckerEllis.com
Karl.Bekeny@TuckerEllis.corn
Ethan.Weber@TuckerEllis.com

*Counsel for Defendants*