**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

STEVEN BUFFINGTON, on behalf of
himself and all others similarly situated,

                              Plaintiff,

       v.

PROGRESSIVE ADVANCED INSURANCE
COMPANY, PROGRESSIVE CASUALTY
INSURANCE COMPANY, PROGRESSIVE
SPECIALTY INSURANCE COMPANY, and
PROGRESSIVE MAX INSURANCE
COMPANY,

                          Defendants.

Case No. 7:20-cv-07408-VB

---

**NOTICE OF MOTION AND MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that upon:  (1) the accompanying Memorandum of Law;
(2) the Declaration of Joseph N. Kravec, Jr. and the exhibits thereto; (3) the Declaration of Amy
Lechner of Simpluris, Inc. and the exhibits thereto; (4) and the Declaration of Steven Buffington,
Plaintiff Steven Buffington ("Plaintiff"), through his undersigned attorneys, moves this Court,
before the Honorable Vincent L. Briccetti, United States District Court Judge, Southern District of
New York, at the Charles L. Brieant Jr. Federal Building and United States Courthouse, 300
Quarropas Street, White Plains, New York, for a Final Order and Judgment, pursuant to Federal
Rule of Civil Procedure 23(e):  (i) finding that the Court has subject matter jurisdiction over the
claims asserted in the Action,[1] personal jurisdiction over all Settlement Class Members, and, that
venue is proper in this District and Division; (ii) granting final approval of the Settlement

---

[1] Capitalized terms have the meaning given to them in the Settlement Agreement filed at ECF No. 153-1.

Agreement filed at ECF No. 153-1 pursuant to Federal Rule of Civil Procedure 23 and directing the Parties to comply with and consummate the terms of the Settlement Agreement; (iii) finding that Class Counsel and Plaintiff have adequately represented the Settlement Class; (iv) finding that the terms of the Settlement Agreement are fair, reasonable, and adequate to the Settlement Class Members; (v) finding that Notice was completed in accordance with the Court's orders and that it constituted the best practicable notice under the circumstances, was reasonably calculated to apprise potential Settlement Class Members of the pendency of the Action, their right to object to or exclude themselves from the Settlement Agreement, and to appear at the Fairness Hearing, and complied with all laws, including but not limited to, the Due Process Clause of the Fourteenth Amendment to the United States Constitution; (vi) finding that the CAFA Notice complied with 28 U.S.C. § 1715(b); (vii) finding that the Opt-Out List is a complete list of all Settlement Class Members who have timely requested exclusion from the Settlement Class and, accordingly, neither share in nor are bound by the Final Order and Judgment; (viii) providing that Plaintiff, all Settlement Class Members who have not been excluded from the Settlement Class as provided in the Opt-Out List, and their heirs, estates, trustees, executors, administrators, principals, beneficiaries, representatives, attorneys, agents, assigns, and successors, and/or anyone claiming through them or acting or purporting to act for them or on their behalf, regardless of whether they have submitted a Claim Form or Electronic Claim Form, and regardless of whether they have received actual notice of the Proposed Settlement, have conclusively compromised, settled, discharged, and released all Released Claims against Defendants and the Released Persons, and are bound by the provisions of the Settlement Agreement; (ix) dismissing all claims in the Action on the merits and with prejudice, and without fees or costs except as provided in the Settlement Agreement, and entering final judgment thereon; and (x) retaining jurisdiction relating to the administration, consummation, enforcement, and interpretation of the Settlement Agreement, the

Final Order and Judgment, any final order approving attorneys' fees and expenses, and for any other necessary purpose.

A Proposed Final Order and Judgment are submitted herewith.

Dated: July 2, 2024

Respectfully submitted,

**FEINSTEIN DOYLE PAYNE
 & KRAVEC, LLC**

By: /s/Joseph N. Kravec, Jr.

Joseph N. Kravec, Jr.
29 Broadway, 24th Floor
New York, NY 10006-3205
Telephone: (212) 952-0014
Email: jkravec@fdpklaw.com

 and

429 Fourth Avenue
Law & Finance Building, Suite 1300
Pittsburgh, PA 15219
Telephone: (412) 281-8400
Facsimile: (412) 281-1007

**NORMAND PLLC**
Edmund A. Normand (admitted *pro hac vice*)
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: (407) 603-6031
Facsimile: (888) 974-2175
Email: ed@ednormand.com

**VOZZOLO LLC**
Antonio Vozzolo
Andrea Clisura
345 Route 17 South
Upper Saddle River, NJ 07458
Telephone: (201) 630-8820
Facsimile: (201) 604-8400
Emails: avozzolo@vozzolo.com
aclisura@vozzolo.com

***Co-Class Counsel***